UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| STEVEN E. BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL COMMISSIONER OF SSA,<br><br>    Defendant. | CIVIL ACTION NO. 7:20-cv-43- KKC<br><br><br>**JUDGMENT** |

*** *** ***

The Court having affirmed the decision of the Commissioner hereby ORDERS and ADJUDGES as follows:

1. The plaintiff's motion for summary judgment (DE 12) is DENIED;

2. The defendant's motion for summary judgment (DE 15) is GRANTED;

3. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards; and

4. This judgment is FINAL and APPEALABLE.

Dated July 28, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY